RACHEL WELINSKY and Others, Appellants, v. K. D. C. REALTY CORPORATION, Respondent, Impleaded with Another.— Order, so far as appealed from, granting motion of defendant K. D. C. Realty Corporation for an examination of Max Welinsky, a witness, before trial, and for the production of books, records and documents specified in said order, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MEYER ROMM, Respondent, v. ELEVEN FULTON ST. GARAGE, INC., Appellant.— Order denying defendant's motion to dismiss action for lack of prosecution unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSA FUSARINI, Respondent, v. FRANK G. SHATTUCK Co., Appellant.— Order denying defendant's motion to dismiss action for lack of prosecution unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL MADEMANN, Appellant, v. RAYMOND B. STRINGHAM, Respondent.— Order, so far as appealed from, denying plaintiff's motion for examination of defendant before trial concerning the matters set forth in certain items of plaintiff's notice of motion, and denying plaintiff's motion for the production of books and papers, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

L. ARNOLD VAN SCHAICK, Appellant, v. OTTO S. FUERST and Another, as Liquidating Partners of the Copartnership of BARNET FUERST & Co., Defendants, Impleaded with MARGARET O. BARNET and Another, as Executors, etc., of SYLVAN M. BARNET, Deceased, Respondents.— Order denying plaintiff's motion to vacate notice of examination before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE BACKER, INC., Appellant, v. SAMUEL LEVY, Respondent.— Order denying plaintiff's motion for an order directing the Calendar Clerk of Trial Term, Part II, New York county, to accept plaintiff's application for a preference and to move action as a preferred cause to the Ready Calendar for a day certain, pursuant to rule V of the Trial Term Rules of the Supreme Court, New York county, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.